| | |
|---|---|
| 1 | RICHARD E. QUINTILONE II (SBN 200995)<br>ALVIN B. LINDSAY (SBN 220236)<br>GEORGE A. ALOUPAS (SBN 313112)<br>**QUINTILONE & ASSOCIATES**<br>22974 EL TORO ROAD, SUITE 100<br>LAKE FOREST, CA 92630<br>TELEPHONE: (949) 458-9675<br>FACSIMILE: (949) 458-9679<br>E-MAIL: REQ@QUINTLAW.COM; ABL@QUINTLAW.COM; GAA@QUINTLAW.COM<br><br>Attorneys for Plaintiff, JENNIFER ANDERSON on behalf of herself and on behalf of a Class of all other persons similarly situated<br><br>ROBERT D. EASSA, State Bar No. 107970<br>robert.eassa@sedgwicklaw.com<br>DELIA A. ISVORANU, State Bar No. 226750<br>delia.isvoranu@sedgwicklaw.com<br>**SEDGWICK LLP**<br>333 Bush Street, 30th Floor<br>San Francisco, CA 94104-2834<br>Telephone: 415.781.7900<br>Facsimile: 415.781.2635<br><br>Attorneys for Defendant, CHEVRON U.S.A. INC. |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JENNIFER ANDERSON, on behalf of herself and on behalf of a Class of all other persons similarly situated<br><br>　　　Plaintiff,<br><br>　vs.<br><br>CHEVRON U.S.A., INC., a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>　　　Defendants. | **Case No.: 3:17-cv-00103-EMC**<br><br>**CLASS ACTION**<br><br>**Assigned For All Purposes To:**<br>**Hon. Edward M. Chen**<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION AND AGREEMENT TO CONTINUE MEDIATION COMPLETION DEADLINE AND STATUS CONFERENCE**<br><br>[Filed concurrently with Joint Stipulation]<br><br>Current Mediation Completion Date:<br>September 1, 2017<br>Current Status Conference Date:<br>September 12, 2017<br><br>Complaint Filed: September 7, 2016<br>Removed: January 9, 2017 |

**ORDER**

The Court has reviewed the above Joint Stipulation submitted by Plaintiff, Jennifer Anderson ("Plaintiff"), on behalf of herself and other similarly situated employees of Defendant Chevron USA Inc. ("Defendant") (collectively, "the Parties").

With GOOD CAUSE appearing, and pursuant to the Parties' Joint Stipulation, the Court herby ORDERS that the Joint Stipulation is entered consistent with the terms and the Parties' agreement as follows:

1. <u>Mediation Return Date</u>. The date for the Parties to complete private mediation is continued to **November 1, 2017**;

2. <u>Case Management Conference</u>. The further Case Management Conference is continued to **November 9, 2017 at 10:30 a.m.**; and

3. <u>Case Management Conference Statement</u>. The Parties shall file an updated joint CMC Statement by **November 2, 2017**.

**IT IS SO ORDERED**.

Dated: ____9 / 5____, 2017.



IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

---

-2-

# PROOF OF SERVICE

I, the undersigned, declare as follows:

I am a citizen of the United States, over the age of 18 years, and not a party to the within action. I am an employee of or agent for Quintilone & Associates, whose business address is 22974 El Toro Rd., Suite 100, Lake Forest, CA 92630-4961.

On **August 28, 2017**, I served the foregoing document(s):

**[PROPOSED] ORDER GRANTING JOINT STIPULATION AND AGREEMENT TO CONTINUE MEDIATION COMPLETION DEADLINE AND STATUS CONFERENCE**

on the following parties in this action addressed as follows:

**SEE ATTACHED SERVICE LIST**

_____ *(BY US-MAIL)* I caused a true copy of each document, placed in a sealed envelope with postage fully paid, to be placed in the United States mail at Lake Forest, California. I am "readily familiar" with this firm's business practice for collection and processing of mail, that in the ordinary course of business said document(s) would be deposited with the U.S. Postal Service on that same day. I understand that the service shall be presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained on this affidavit.

_____ *(BY OVERNIGHT DELIVERY)* I caused a true copy of each document, placed in a sealed envelope with delivery fees provided for, to be deposited in a box regularly maintained by Federal Express or Overnight Express. I am readily familiar with this firm's practice for collection and processing of documents for overnight delivery and know that in the ordinary course of Quintilone & Associates' business practice the document(s) described above will be deposited in a box or other facility regularly maintained by Federal Express or Overnight Express or delivered to a courier or driver authorized by Federal Express or Overnight Express to receive documents on the same date it is placed at Quintilone & Associates for collection.

_____ *(BY FACSIMILE)* By use of facsimile machine number 949.458.9679, I served a copy of the within document(s) on the above interested parties at the facsimile numbers listed above. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

\_\_\_X\_\_\_ *(BY E-MAIL through ECF)* I caused a true and correct copy of each document to be delivered by Electronic Mail through the Court's ECF system

Executed on **August 28, 2017**, at Lake Forest, California

\_\_\_X\_\_\_ (**FEDERAL**) I declare under penalty of perjury that the above is true and correct.

_____ (**STATE**) I declare under penalty of perjury that the above is true and correct.

_____
ALVIN B. LINDSAY

<h1 style="text-align:center">SERVICE LIST</h1>

| | |
|---|---|
| Robert D. Eassa, Esq.<br>Delia A. Isvoranu, Esq.<br>Sedgwick, LLP<br>333 Bush Street, 30th Floor<br>San Francisco, CA 94104-2834<br>Phone:  415.627.1578 direct<br>Fax:  877.547.2780<br>Email: Robert.Eassa@sedgwicklaw.com<br>Delia.Isvoranu@sedgwicklaw.com | Counsel for Defendant Chevron U.S.A, Inc. |
| Roger Carter, Esq.<br>Bianca A. Sofonio, Esq.<br>The Carter Law Firm<br>23 Corporate Plaza Drive, Suite 150<br>Newport Beach Ca 92660<br>Telephone: (949) 629-2565<br>Email: rcarter@carterlawfirm.net; bianca@carterlawfirm.net | Co-counsel for Plaintiff and Class |
| Marc H. Phelps, Esq.<br>The Phelps Law Group<br>23 Corporate Plaza Drive, Suite 150<br>Newport Beach CA 92660<br>Telephone: (949) 629-2565<br>Email: marc@phelpslawgroup.com | |

**Q&A Case No.: 16.01263**

PROOF OF SERVICE