| | |
|---|---|
| 1 | RICHARD E. QUINTILONE II (SBN 200995) |
| 2 | ALVIN B. LINDSAY (SBN 220236) |
|   | GEORGE A. ALOUPAS (SBN 313112) |
| 3 | **QUINTILONE & ASSOCIATES** |
|   | 22974 EL TORO ROAD, SUITE 100 |
| 4 | LAKE FOREST, CA 92630 |
|   | TELEPHONE:   (949) 458-9675 |
| 5 | FACSIMILE:    (949) 458-9679 |
|   | E-MAIL: REQ@QUINTLAW.COM; ABL@QUINTLAW.COM; GAA@QUINTLAW.COM |
| 6 | Attorneys for Plaintiff, JENNIFER ANDERSON on behalf of herself and on behalf of a Class of all other persons similarly situated |
| 7 | ROBERT D. EASSA, State Bar No. 107970 |
| 8 | robert.eassa@sedgwicklaw.com |
|   | DELIA A. ISVORANU, State Bar No. 226750 |
| 9 | delia.isvoranu@sedgwicklaw.com |
|   | **SEDGWICK LLP** |
| 10 | 333 Bush Street, 30th Floor |
|    | San Francisco, CA 94104-2834 |
| 11 | Telephone: 415.781.7900 |
|    | Facsimile: 415.781.2635 |
| 12 | Attorneys for Defendant, CHEVRON U.S.A. INC. |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JENNIFER ANDERSON, on behalf of herself and on behalf of a Class of all other persons similarly situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>CHEVRON U.S.A., INC., a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>    Defendants. | **Case No.: 3:17-cv-00103-EMC**<br><br>**CLASS ACTION**<br><br>**Assigned For All Purposes To:**<br>**Hon. Edward M. Chen**<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION AND AGREEMENT TO CONTINUE STATUS CONFERENCE AND FOR CONTINUED TOLLING OF THE FLSA CLAIMS**<br><br>Current Status Conference Date:<br>Date:  November 9, 2017<br>Time:  10:30 a.m.<br>Location: Courtroom 5, 17th Floor<br><br>Complaint Filed:  September 7, 2016<br>Removed:  January 9, 2017 |

**ORDER**

The Court has reviewed the above Joint Stipulation submitted by Plaintiff, Jennifer Anderson ("Plaintiff"), on behalf of herself and other similarly situated employees of Defendant Chevron USA Inc. ("Defendant"), and Defendant (collectively, "the Parties").

With GOOD CAUSE appearing, and pursuant to the Parties' Joint Stipulation, the Court herby ORDERS that the Joint Stipulation is entered consistent with the terms and the Parties' agreement and it is hereby ORDERED that:

1. The mediation completion deadline of **November 1, 2017** is continued to **December 1, 2017**;

2. The Case Management Conference scheduled for **November 9, 2017** at 10:30 a.m. is continued to **December 21, 2017** at 10:30 a.m.;

3. The duration of the tolling period in the parties' FLSA Tolling Stipulation (Docket Entry No. 23) approved by the Court on **May 10, 2017** at Docket Entry No. 24 is continued from **September 14, 2017** to **December 31, 2017**; and

4. The terms of the Court's Order granting the parties' FLSA Tolling Stipulation (Docket Entry No. 24) remain the same except for the continued duration of the tolling period.

**IT IS SO ORDERED**.

Dated: \_\_\_\_\_11/6\_\_\_\_\_, 2017.



_____
HONORABLE
United

# PROOF OF SERVICE

I, the undersigned, declare as follows:

I am a citizen of the United States, over the age of 18 years, and not a party to the within action. I am an employee of or agent for Quintilone & Associates, whose business address is 22974 El Toro Rd., Suite 100, Lake Forest, CA 92630-4961.

On **November 1, 2017**, I served the foregoing document(s):

# [PROPOSED] ORDER GRANTING JOINT STIPULATION AND AGREEMENT TO CONTINUE STATUS CONFERENCE AND FOR CONTINUED TOLLING OF THE FLSA CLAIMS

on the following parties in this action addressed as follows:

## SEE ATTACHED SERVICE LIST

_____ *(BY US-MAIL)* I caused a true copy of each document, placed in a sealed envelope with postage fully paid, to be placed in the United States mail at Lake Forest, California. I am "readily familiar" with this firm's business practice for collection and processing of mail, that in the ordinary course of business said document(s) would be deposited with the U.S. Postal Service on that same day. I understand that the service shall be presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained on this affidavit.

_____ *(BY OVERNIGHT DELIVERY)* I caused a true copy of each document, placed in a sealed envelope with delivery fees provided for, to be deposited in a box regularly maintained by Federal Express or Overnight Express. I am readily familiar with this firm's practice for collection and processing of documents for overnight delivery and know that in the ordinary course of Quintilone & Associates' business practice the document(s) described above will be deposited in a box or other facility regularly maintained by Federal Express or Overnight Express or delivered to a courier or driver authorized by Federal Express or Overnight Express to receive documents on the same date it is placed at Quintilone & Associates for collection.

_____ *(BY FACSIMILE)* By use of facsimile machine number 949.458.9679, I served a copy of the within document(s) on the above interested parties at the facsimile numbers listed above. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

\_\_\_X\_\_\_ *(BY E-MAIL)* I caused a true and correct copy of each document to be delivered by Electronic Mail and through the Court's ECF system.

Executed on **November 1, 2017**, at Lake Forest, California

\_\_\_X\_\_\_ (**FEDERAL**) I declare under penalty of perjury that the above is true and correct.

_____ (**STATE**) I declare under penalty of perjury that the above is true and correct.

_____
ALVIN B. LINDSAY

-1-

## SERVICE LIST

| | |
|---|---|
| Robert D. Eassa, Esq.<br>Delia A. Isvoranu, Esq.<br>Sedgwick, LLP<br>333 Bush Street, 30th Floor<br>San Francisco, CA 94104-2834<br>Phone: 415.627.1578 direct<br>Fax: 877.547.2780<br>Email: Robert.Eassa@sedgwicklaw.com<br>Delia.Isvoranu@sedgwicklaw.com | Counsel for Defendant Chevron U.S.A, Inc. |
| Roger Carter, Esq.<br>Bianca A. Sofonio, Esq.<br>The Carter Law Firm<br>23 Corporate Plaza Drive, Suite 150<br>Newport Beach Ca 92660<br>Telephone: (949) 629-2565<br>Email: rcarter@carterlawfirm.net; bianca@carterlawfirm.net | Co-counsel for Plaintiff and Class |
| Marc H. Phelps, Esq.<br>The Phelps Law Group<br>23 Corporate Plaza Drive, Suite 150<br>Newport Beach CA 92660<br>Telephone: (949) 629-2565<br>Email: marc@phelpslawgroup.com | Co-counsel for Plaintiff and Class |

**Q&A Case No.: 16.01263**