RICHARD E. QUINTILONE II (SBN 200995)
GEORGE A. ALOUPAS (SBN 313112)
**QUINTILONE & ASSOCIATES**
22974 EL TORO ROAD, SUITE 100
LAKE FOREST, CA 92630
TELEPHONE:    (949) 458-9675
FACSIMILE:    (949) 458-9679
E-MAIL: REQ@QUINTLAW.COM; GAA@QUINTLAW.COM

Attorneys for Plaintiff, JENNIFER ANDERSON on behalf of herself and on behalf of a Class of all other persons similarly situated

ROBERT D. EASSA, State Bar No. 107970
reassa@duanemorris.com
DELIA A. ISVORANU, State Bar No. 226750
disvoranu@duanemorris.com
**DUANE MORRIS, LLP**
Spear Tower One Market Plaza, Ste. 2200
San Francisco, CA 94105-1127
Telephone: 415.957.3093
Facsimile: 415.520.0814

Attorneys for Defendant, CHEVRON U.S.A. INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JENNIFER ANDERSON, on behalf of herself and on behalf of a Class of all other persons similarly situated<br><br>          Plaintiff,<br><br>     vs.<br><br>CHEVRON U.S.A., INC., a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>          Defendants. | **Case No.: 3:17-cv-00103-EMC**<br><br>**CLASS ACTION**<br><br>**Assigned For All Purposes To:**<br>**Hon. Edward M. Chen**<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION AND AGREEMENT TO CONTINUE STATUS CONFERENCE AND FOR CONTINUED TOLLING OF THE FLSA CLAIMS**<br><br>**Current Status Conference**<br>**Date:  April 1, 2018**<br>**Time: 10:30 a.m.**<br>**Location:  Courtroom 5, 17th Floor**<br><br>Complaint Filed:  September 7, 2016<br>Removed:  January 9, 2017 |

ORDER GRANTING JOINT STIPULATION TO CONTINUE STATUS CONFERENCE AND FLSA TOLLING

# ORDER

The Court has reviewed the above Joint Stipulation submitted by Plaintiff, Jennifer Anderson ("Plaintiff"), on behalf of herself and other similarly situated employees of Defendant Chevron U.S.A. Inc. ("Defendant"), and Defendant (collectively, "the Parties").

With **GOOD CAUSE** appearing, and pursuant to the Parties' Joint Stipulation, the Court herby **ORDERS** that the Joint Stipulation is entered consistent with the terms and the Parties' agreement and it is hereby **ORDERED** that:

1.      The mediation completion deadline of **March 2, 2018** is continued to **July 2, 2018**;

2.      The Case Management Conference scheduled for **April 1, 2018** at **10:30 a.m.** is continued to **July 2, 2018** at **10:30 a.m.**;

3.       The duration of the tolling period in the parties' FLSA Tolling Stipulation (Docket Entry No. 34) approved by the Court on **December 4, 2017** is continued from **March 30, 2018** to **August 30, 2018**; and

4.      The terms of the Court's Order granting the parties' FLSA Tolling Stipulation (Docket Entry No. 24) remain the same except for the continued duration of the tolling period.

**IT IS SO ORDERED**.

Dated: _____, 2018
                    3 / 6

HON.
Unite



---

-2-