RICHARD E. QUINTILONE II (SBN 200995)
ANDREW H. HAAS (SBN 276143)
ALEJANDRO QUINONES (SBN 324244)
**QUINTILONE & ASSOCIATES**
22974 EL TORO ROAD, SUITE 100
LAKE FOREST, CA 92630
TELEPHONE: (949) 458-9675
FACSIMILE:  (949) 458-9679
E-MAIL: REQ@QUINTLAW.COM; AHH@QUINTLAW.COM; AXQ@QUINTLAW.COM

Attorneys for Plaintiff, JENNIFER ANDERSON on behalf of herself and on behalf of a Class of all other persons similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JENNIFER ANDERSON, on behalf of herself and on behalf of a Class of all other persons similarly situated<br><br>        Plaintiff,<br><br>vs.<br><br>CHEVRON U.S.A., INC., a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>        Defendants. | **Case No.: 3:17-cv-00103-EMC**<br><br>**CLASS ACTION**<br><br>**Assigned For All Purposes To:**<br>**Hon. Edward M. Chen**<br><br>**PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>**Case Management Conference:**<br>Date: October 24, 2019<br>Time: 10:30 a.m.<br>Location:  Courtroom 5, 17th Floor<br><br>Complaint Filed:  September 7, 2016<br>Removed:  January 9, 2017 |

-1-

**TO THE HONORABLE COURT, THE PARTIES AND THE ATTORNEYS:**

Richard E. Quintilone II, counsel for Plaintiff Jennifer Anderson, hereby respectfully requests that permission to telephonically attend the Case Management Conference scheduled on **October 24, 2019, at 10:30 a.m**., for the following reason: Mr. Quintilone is scheduled to be in all day mediations on **October 22, 2019** in Santa Ana, CA and again on **October 23, 2019** in Encino, CA, which could easily go late into the evening. Further, the parties have jointly requested a continuance of the hearing to early December pending a ruling on a motion for preliminary approval that which would encompass a resolution of this matter. Additionally, Mr. Quintilone has several hearings and numerous deadlines throughout the week. However, if the hearing goes forward, Mr. Quintilone can make himself available to appear by telephone for the Conference.

Dated: October 16, 2019                          **QUINTILONE & ASSOCIATES**

By: _____
                          RICHARD E. QUINTILONE II,
                          ANDREW H. HAAS,
                          Attorney for Plaintiff JENNIFER ANDERSON,
                          on behalf of herself and on behalf of a Class of all
                          other persons similarly situated

**[PROPOSED] ORDER**

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that Richard E. Quintilone II, Esq. counsel for Plaintiff, is hereby granted permission to appear telephonically at the Case Management Conference scheduled on **October 24, 2019, at 10:30 a.m.**

**IT SO ORDERED**

_____
                          HON. EDWARD M. CHEN

-2-

**PROOF OF SERVICE**

I, the undersigned, declare as follows:

I am a citizen of the United States, over the age of 18 years, and not a party to the within action.  I am an employee of or agent for Quintlone & Associates, whose business address is 22974 El Toro Rd., Suite 100, Lake Forest, CA 92630-4961.

On **October 17, 2019**, I served the foregoing document(s):

<h3>REQUEST FOR TELEPHONIC APPEARANCE</h3>

on the following parties in this action addressed as follows:

<h3>SEE ATTACHED SERVICE LIST</h3>

_____     **(BY MAIL)** I caused a true copy of each document, placed in a sealed envelope with postage fully paid, to be placed in the United States mail at Lake Forest, California.  I am "readily familiar" with this firm's business practice for collection and processing of mail, that in the ordinary course of business said document(s) would be deposited with the U.S. Postal Service on that same day.  I understand that the service shall be presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained on this affidavit.

_____     **(BY OVERNIGHT DELIVERY)** I caused a true copy of each document, placed in a sealed envelope with delivery fees provided for, to be deposited in a box regularly maintained by Federal Express or Overnight Express.  I am readily familiar with this firm's practice for collection and processing of documents for overnight delivery and know that in the ordinary course of Quintlone & Associates' business practice the document(s) described above will be deposited in a box or other facility regularly maintained by Federal Express or Overnight Express or delivered to a courier or driver authorized by Federal Express or Overnight Express to receive documents on the same date it is placed at Quintlone & Associates for collection.

_____     **(BY FACSIMILE)** By use of facsimile machine number 949.458.9679, I served a copy of the within document(s) on the above interested parties at the facsimile numbers listed above.  The transmission was reported as complete and without error.  The transmission report was properly issued by the transmitting facsimile machine.

\_\_\_X\_\_     **(BY E-MAIL)** I caused a true and correct copy of each document to be delivered by Electronic Mail through the Court's ECF Service.

Executed on **October 17, 2019**, at Lake Forest, California

\_\_\_\_X\_\_\_\_   **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____   **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
RICHARD E. QUINTILONE II

-1-

---

1

## SERVICE LIST

2

ROBERT D. EASSA, State Bar No. 107970

3

reassa@duanemorris.com

DELIA A. ISVORANU, State Bar No. 226750

4

disvoranu@duanemorris.com

DUANE MORRIS, LLP

5

Spear Tower One Market Plaza, Ste. 2200

6

San Francisco, CA 94105-1127

Telephone: 415.957.3093

7

Facsimile: 415.520.0814

8

**Attorneys for Defendant, CHEVRON U.S.A. INC.**

9

Roger R. Carter (SBN 140196)

10

Bianca A. Sofonio (SBN 179520)

THE CARTER LAW FIRM

11

23 Corporate Plaza, Suite 150

Newport Beach, Ca 92660

12

Telephone No. (949) 629-2565

13

Email: rcarter@carterlawfirm.net; bianca@carterlawfirm.net

14

Marc H. Phelps (SBN 237036)

15

THE PHELPS LAW GROUP

23 Corporate Plaza, Suite 150

16

Newport Beach, Ca 92660

Telephone No. (949) 629-2533

17

Email: marc@phelpslawgroup.com

18

**Attorneys for Plaintiff JENNIFER ANDERSON, on behalf of herself and on behalf of a**

19

**Class of all other persons similarly situated and the collective**

20

RANDY RENICK (CA Bar No. 179652)

21

(Email: rrr@hadsellstormer.com)

CORNELIA DAI (CA Bar No. 207435)

22

(Email: cdai@hadsellstormer.com)

SPRINGSONG COOPER (CA Bar No. 307845)

23

(Email: scooper@hadsellstormer.com)

24

HADSELL STORMER & RENICK, LLP

128 North Fair Oaks Avenue, Suite 204

25

Pasadena, California 91103-3645

Telephone: (626) 585-9600

26

Fax: (626) 577-7079

27

28

JAY SMITH (CA Bar No. 166105)

-2-

(Email: js@gslaw.org)
JOSHUA F. YOUNG (CA Bar No. 232995)
(Email: jyoung@gslaw.org)
GILBERT & SACKMAN
A LAW CORPORATION
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010
Telephone: (323) 938-3000
Fax: (323) 937-9139

**Attorneys for Plaintiffs Vincent Clack, Orlando Sampayo, Albert Vega Jr., and Sam Marinelli**

**Q&A Case No.: 16.01263**

-3-

PROOF OF SERVICE